HENRY J. BAKER, Appellant, v. EDWARD U. RODDY, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.